UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL R. COLYER,** | ) Case No. 1:21-CV-00023 |
| **Plaintiff,** | ) JUDGE MATTHEW W. McFARLAND |
| v. | ) **STIUPLATION OF DISMISSAL WITH PREJUDICE** |
| **J.W. HARRIS CO., INC. A/K/A THE HARRIS PRODUCTS GROUP, ET AL.,** | ) |
| **Defendant.** | ) |

Plaintiff Michael R. Colyer and Defendants J. W. Harris Co., Inc. d/b/a The Harris Products Group ("Harris") and The Lincoln Electric Company ("Lincoln Electric") (collectively, "Defendants"), by and through the undersigned counsel, hereby stipulate to the dismissal of this action ***with prejudice***.  Each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth S. Tuck* | */s/ John Gerak* |
| Elizabeth S. Tuck (0076542) | John Gerak, OH #0075431 |
| The Tuck Firm, LLC | Andrew S. Haring, OH #0087213 |
| 810 Sycamore St., 4th Floor | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Cincinnati, OH 45202 | Key Tower |
| 513-545-6781 | 127 Public Square, Suite 4100 |
| 513-293-9081(FAX) | Cleveland, OH 44114 |
| Email: lisa@tuckfirm.com | 216-241-6100 |
| | 216-357-4733 (FAX) |
| | Email: john.gerak@ogletree.com |
| | andrew.haring@ogletree.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on August 12, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Elizabeth S. Tuck*
*Attorney for Plaintiff*

48114815.1